IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| ROYAL DOUGLAS ROBINSON, #02066342 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:18cv207 |
| CHARLES O. MEADOR, II, ET AL. | § | |

<u>ORDER DENYING TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u>

Plaintiff Royal Douglas Robinson, an inmate confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation (Dkt. #41) concluding that Mr. Robinson's motion for preliminary injunctive relief and temporary restraining order (Dkt. #39) should be denied. Mr. Robinson has filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Mr. Robinson, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by Mr. Robinson are without merit. The court, therefore, adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is accordingly

**ORDERED** that the motion for preliminary injunctive relief and temporary restraining order (Dkt. #39) is **DENIED**.

**SIGNED this the 17th day of June, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE